ACCEPTED
15-25-00075-CV
FIFTEENTH COURT OF APPEALS
AUSTIN, TEXAS
8/1/2025 2:28 PM
CHRISTOPHER A. PRINE
CLERK

# No. 15-25-00075-CV

## In the Court of Appeals
## For the Fifteenth Judicial District Sitting at Austin, Texas

FILED IN
15th COURT OF APPEALS
AUSTIN, TEXAS
8/1/2025 2:28:13 PM
CHRISTOPHER A. PRINE
Clerk

TOMMY PARKER, JR.
*Appellant*
v.
MARY MARTHA PARRACK
*Appellee*

Appeal from the 12th District Court of Madison County, Texas
Trial Court Cause No. 18-16110

## THIRD UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF ON THE MERITS

Greg White
gwhite@grayreed.com

GRAY REED & MCGRAW, LLP
900 Washington Ave., Suite 800
Waco, Texas 76701
(254)342-3000
(254) 342-3102 (fax)

William F. Carter
wfcarterlaw@gmail.com
201 North Main St.
Bryan, Texas 77803
(979) 779-0712
(979) 779-9243 (fax)

Jay B. Goss
Jgoss@bruhez.com
Joseph Briers
jbriers@bruchez.com

BRUCHEZ & GOSS, PC
2740 Copperfield Dr.
Suite 200
Bryan, Texas 77802
(979) 268-4343
(979) 268-5323 (fax)

**Attorneys for Appellant Tommy Parker, Jr.**

# No. 15-25-00075-CV

TOMMY PARKER, JR.
*Appellant*
v.
MARY MARTHA PARRACK
*Appellee*

## THIRD UNOPPOSED MOTION TO EXTEND TIME TO FILE APPELLANT'S BRIEF ON THE MERITS

To the Honorable Court of Appeals:

This is the Third Motion to Extend the Time for Filing the Appellant's Brief on the Merits. The Appellant (Tommy Parker, Jr.) requests an extension of time until Friday, August 29, 2025.

1. The judgment in this case was signed on January 14, 2025. Parker filed a Motion for New Trial. The Notice of Appeal was filed on April 14, 2025. The Clerk's Record was filed on May 7, 2025. The Reporter's Record was filed on May 15, 2025.

2. The Appellant's Brief was originally due on June 16. 2025. The Court has granted a first extension of time to July 16, 2025. The Court granted a second request for extension of time to July 28, 2025. If granted, the total extension of time would be 74 days.

3. Appellant requests an extension of time to file his Brief on the Merits. He seeks permission to file his Brief on August 29, 2025. The request

for an extension of time is unopposed.

4. There is good cause for the extension of time. Counsel for appellant is now scheduled for open-heart surgery on August 4, 2025. Counsel believed that with most of the brief finished, it would be possible to finish the brief before surgery. What counsel did not anticipate was that the testing and consultations would continue up until earlier this week. Beyond that, the constant communication with family and management of existing cases has made time for concentration and serious work almost non-existent. The current version of the brief is simply not what counsel wants to submit to the Court. Although the total amount of time for filing this brief is more than counsel would ordinarily request, this is not an ordinary situation for counsel, at work, at home, or in any prior situation.

5. This request is made solely because of the extraordinary circumstances.

6. Counsel has conferred with opposing Counsel, and there is no opposition to this request.

7. Parker requests that the Court extend the time for filing the Appellant's Brief on the Merits to August 29, 2025.

Respectfully submitted,


By: ___/s/ Greg White_____
     Greg White
     Texas Bar No. 21329050
     gwhite@grayreed.com

     GRAY REED & MCGRAW LLP
     900 Washington Ave., Ste. 800
     Waco, Texas 76701
     Telephone: (254) 342-3000
     Facsimile:   (254) 342-3100

     Jay B. Goss
     Texas Bar No. 08222600
     Jgoss@bruhez.com
     Joseph Briers
     Texas Bar No. 24082730
     jbriers@bruchez.com

     BRUCHEZ & GOSS, PC
     2740 Copperfield Dr.
     Suite 200
     Bryan, Texas 77802
     Telephone: (979) 268-4343
     Facsimile:   (979) 268-5323

William F. Carter
Texas Bar No. 03932800
wfcarterlaw@gmail.com
201 North Main St.
Bryan, Texas 77803
Telephone: (979) 779-0712
Facsimile:   (979) 779-9243

ATTORNEYS FOR APPELLANT TOMMY
PARKER, JR.

## Certificate of Conference

I certify that on August 1, 2025, I communicated with Laura Upchurch, counsel for the appellee, about a second extension of time to file the Appellant's Brief on the Merits based on the reasons outlined in this Motion. I informed Ms. Upchurch that we would request an extension from the Court to Friday, August 29, 2025. Ms. Upchurch promptly replied that she did not oppose the requested extension. We agreed that the Appellant would not oppose any similar request for the Appellee's Brief if needed.

*/s/ Greg White*
Greg White

## Certificate of Service

I certify that a true and correct copy of this Second Unopposed Motion to Extend Time to File Appellant's Brief on the Merits was filed through an approved electronic filing service, and that service was thereby accomplished on counsel listed below on August 1, 2025.

Laura Upchurch
Upchurch & Yates, LLP
315 S. Park St.
Brenham, TX 77833
upchurch@upchurchyates.com

*Attorneys for Appellee – Mary Martha Parrack*

/s/ Greg White
Greg White

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Greg White on behalf of Greg White
Bar No. 21329050
greg.white@texapplaw.com
Envelope ID: 103882697
Filing Code Description: Motion
Filing Description: Motion
Status as of 8/1/2025 2:40 PM CST

Case Contacts

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| William Carter | 3932800 | wfcarterlaw@gmail.com | 8/1/2025 2:28:13 PM | SENT |
| Steven White | 21329050 | gwhite@grayreed.com | 8/1/2025 2:28:13 PM | SENT |
| Laura Upchurch | | upchurch@upchurchyates.com | 8/1/2025 2:28:13 PM | SENT |
| Jay Goss | 8222600 | jgoss@bruchez.com | 8/1/2025 2:28:13 PM | SENT |
| Joseph Briers | 24082730 | jbriers@bruchez.com | 8/1/2025 2:28:13 PM | SENT |